AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:12MJ-105
Express Mail parcel label number EI273275562US, postmarked March 20, 2012, )
weighing 1 pound 15.3 ounces, addressed to Carl Smith, 15508 W. Bell Rd Suite )
101, Surprise, Arizona 85374 with a return address of Lonnie May, 982 )
Cambridge, Mason, Ohio 45040 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   Ohio
*(identify the person or describe the property to be searched and give its location)*:
Express Mail parcel label number EI273275562US

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   April 3, 2012
   *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   Stephanie K. Bowman   .
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/22/12 10:21 Am            *Stephanie K. Bowman*
                                                    *Judge's signature*

City and state:   Cincinnati, Ohio                  Honorable Stephanie K. Bowman
                                                    United States Magistrate Judge
                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1919771 | Date and time warrant executed: 3-22-12 1110 | Copy of warrant and inventory left with: postoffice |
| Inventory made in the presence of : K ONeill + J Carr | | |
| Inventory of the property taken and name of any person(s) seized: $14,000.00 in US Currency  3/22/12 KO  FILED JAMES BONINI CLERK  12 APR 10 AM 11:38  U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-10-12

Executing officer's signature

Karen ONeill  Postal Inspector
Printed name and title